UNITED STATES, petitioner, v. NEW
YORK LIFE INSURANCE
COMPANY.
No. 97-1229.

Supreme Court of the United States.

April 27, 1998.